# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LAWRENCE CHAPMAN

NO. 2023 KW 1007

**JANUARY 18, 2024**

---

In Re:    Lawrence Chapman, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-97-0648.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.** The procedural bars set forth in La. Code Crim. P. arts. 930.4 and 930.8 shall not apply if the petitioner raises a substantive claim of factual innocence. See La. Code Crim. P. art. 926.2(A). Relator failed to meet his burden of proof on his factual innocence claim. Accordingly, the district court did not abuse its discretion by dismissing the application for postconviction relief without holding a hearing.

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT